No. 318. HILL *v.* TEXAS. October 11, 1943. Dismissed on motion of counsel for the petitioner. *Mr. A. S. Baskett* for petitioner.

No. 85. MISSOURI PACIFIC RAILROAD CO. ET AL. *v.* THOMPSON, TRUSTEE, ET AL.;

No. 86. PROTECTIVE COMMITTEE FOR HOLDERS OF COMMON STOCK OF MISSOURI PACIFIC RAILROAD CO. *v.* THOMPSON, TRUSTEE, ET AL.; and

No. 87. ALLEGHANY CORPORATION *v.* THOMPSON, TRUSTEE, ET AL. November 8, 1943. The petition for writs of certiorari in these cases is dismissed as to all petitioners other than the Protective Committee for Holders of First Mortgage Bonds of International-Great Northern Railroad Company on motion of counsel for those petitioners. The petition for a writ of certiorari of the Protective Committee for Holders of First Mortgage Bonds of International-Great Northern Railroad Company, one of the petitioners in No. 85, is denied. *Messrs. Edward F. Colladay, Everett Paul Griffin, Malcolm Fooshee, Marion B. Pierce, Harry Kirshbaum,* and *Luther M. Walter* for petitioners. Reported below: 134 F. 2d 139.